THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>LINDA EDWARDS,<br><br>   Defendant. | No. CR17-145RSL<br><br>~~(PROPOSED)~~ ORDER TO RETURN DEFENDANT'S PASSPORT TO THE FEDERAL PUBLIC DEFENDER |

THIS MATTER has come before the Court on Linda Edwards's unopposed motion to return her passport to the custody of the Federal Public Defender's Office. The Court has reviewed the motion and the records in this case.

IT IS NOW ORDERED that the Clerk of the Court release Ms. Edwards's passport to the custody of Assistant Federal Public Defender Corey Endo, who will forward the passport to Ms. Edwards.

DATED this 13th day of November, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Linda Edwards

ORDER TO RETURN DEFENDANT'S
PASSPORT TO THE FEDERAL PUBLIC
DEFENDER
(*United States v. Edwards*, CR17-145RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100